# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TABITH M. MIHALUS, | Case No. 1:16-cv-1116 |
| Plaintiff, | Barrett, J. |
| | Bowman, M.J. |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## REPORT AND RECOMMENDATION

Pursuant to local practice, this social security case has been referred to the undersigned magistrate judge for initial review and a report and recommendation.  On July 10, 2017, the parties filed a joint motion/stipulation.

Accordingly, it is **RECOMMENDED THAT:**

The Parties' Joint Motion to Remand (Doc. 11) should be GRANTED, with the Commissioner's decision to be reversed and remanded for further consideration under sentence four of 42 U.S.C. § 405(g), in accordance with the Parties' joint motion/stipulation.

*s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

TABITH M. MIHALUS,                                           Case No. 1:16-cv-1116

         Plaintiff,                                               Barrett, J.
                                                                  Bowman, M.J.

    v.

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

2